Record & Return To:
Title 365
750 Highway 121 Bypass
Lewisville, Texas 75067
412-893-2358

Loan #:
Deal Name: Solutionstar Settlements
ME, Androscoggin

---

### GAP ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, the receipt and sufficiency of which is hereby acknowledged, the undersigned, **THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE HOLDERS OF THE CERTIFICATES, FIRST HORIZON MORTGAGE PASS-THROUGH CERTIFICATES SERIES FHAMS 2007-FA4, BY FIRST HORIZON HOME LOANS, A DIVISION OF FIRST TENNESSEE BANK NATIONAL ASSOCIATION, MASTER SERVICER, IN ITS CAPACITY AS AGENT FOR THE TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT BY NATIONSTAR MORTGAGE, LLC AS ATTORNEY IN FACT, 8950 CYPRESS WATERS BLVD, COPPELL, TX, 75019, herein ("Assignor")**, does hereby grant, sell, assign, transfer and convey, without recourse unto **FIRST TENNESSEE BANK NATIONAL ASSOCIATION, SUCCESSOR THROUGH MERGER WITH FIRST HORIZON HOME LOAN CORPORATION BY NATIONSTAR MORTGAGE, LLC AS ATTORNEY IN FACT, 8950 CYPRESS WATERS BLVD, COPPELL, TX 75019 herein ("Assignee")** that certain MORTGAGE recorded in Androscoggin County, ME referenced below;

**Borrower: KATHRYN M BEGG**
**Original Lender: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC ("MERS"), SOLELY AS NOMINEE FOR FIRST HORIZON HOME LOAN CORPORATION, ITS SUCCESSORS AND ASSIGNS**
**Dated: 04/18/2007 Recorded: 04/24/2007 Book: 7118 Page: 197 Instrument: 8258 in Androscoggin, ME.**
**Loan Amount: $168,750.00**
Property: **15 DRUMMOND STREET, AUBURN, ME 04210**

**Legal description is attached hereto and made a part hereof as Exhibit "A"**

***The purpose of this document is to correct the break in chain caused by the assignment recorded 02/27/2015 as Book: 9091 Page: 128***

Together with the note(s) and obligations therein described or referred to, the money due and to become due thereon, with interest, and all rights accrued or to accrue under said document referenced above.

TO HAVE AND TO HOLD the same unto Assignee, its successors and assigns, forever, subject only to the terms


EXHIBIT
G

Page 2

TO HAVE AND TO HOLD the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the document above-described.

IN WITNESS WHEREOF, Assignor has caused this Assignment to be executed and delivered, effective 7/30/18

THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE HOLDERS OF THE CERTIFICATES, FIRST HORIZON MORTGAGE PASS-THROUGH CERTIFICATES SERIES FHAMS 2007-FA4, BY FIRST HORIZON HOME LOANS, A DIVISION OF FIRST TENNESSEE BANK NATIONAL ASSOCIATION, MASTER SERVICER, IN ITS CAPACITY AS AGENT FOR THE TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT BY NATIONSTAR MORTGAGE, LLC AS ATTORNEY IN FACT

By: _____
Name:    Gary Davenport
Title:    Vice President

POA recorded 07/23/2018 Book: 9890 Page: 30 in Androscoggin County, ME

**ACKNOWLEDGMENT**

State of Texas

County of Denton

On ___7/30/18___, before me, Richard Joshua Hipo, Notary Public, in and for said State, personally appeared Gary Davenport, Vice-President of THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE HOLDERS OF THE CERTIFICATES, FIRST HORIZON MORTGAGE PASS-THROUGH CERTIFICATES SERIES FHAMS 2007-FA4, BY FIRST HORIZON HOME LOANS, A DIVISION OF FIRST TENNESSEE BANK NATIONAL ASSOCIATION, MASTER SERVICER, IN ITS CAPACITY AS AGENT FOR THE TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT BY NATIONSTAR MORTGAGE, LLC AS ATTORNEY IN FACT,[✓] personally known to me or [  ] proved to me on the basis of satisfactory evidence through the presentation of ___ N/A ___ [description of evidence] to be the person whose name is subscribed to the within instrument who acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person or entity on behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

_____

Notary Public: Richard Joshua Hipo

My Commission Expires: 3/4/22

Richard Joshua Hipo
My Commission Expires
03/04/2022
ID No 128195164

## Exhibit A

A certain lot or parcel of land with the buildings thereon situated in the City of Auburn, County of Androscoggin and State of Maine, bounded and described as follows:

Beginning at a point on the Northerly side of Drummond Street in said Auburn, marked by a granite block;

Thence Westerly by the Northerly line of said Drummond Street, one hundred thirty-two (132) feet, more or less, to another granite block;

Thence Northerly at a right angle, one hundred twenty-five (125) feet, more or less, to a point;

Thence at a right angle Easterly one hundred nine (109) feet, more or less, to a point;

Thence at a right angle Southerly, twenty-seven (27) feet, more or less, to a point;

Thence at a right angle Easterly, seventeen (17) feet to a point;

Thence at right angles Southerly, twenty-nine (29) feet to a point;

Thence Easterly six (6) feet to a point;

Thence Southerly at a right angle fifty-two (52) feet, more or less, to said Northerly side of said Drummond Street and the point of beginning.

For title of the Mortgagor, reference is made to a Warranty Deed of Staci L. Hollis-Larsen, et al, dated September 3, 2003, recorded in Book 5611, Page 56.

STATE OF MAINE          ANDROSCOGGIN,ss
DATE August 7, 2019 #OF PAGES  4
I HEREBY CERTIFY THAT THIS IS A TRUE COPY OF RECORD.
BOOK  9897          PAGE  27
ATTEST:  Tina m. Chouinard
REGISTER OF DEEDS, ANDROSCOGGIN COUNTY

TINA M. CHOUINARD, REGISTER
ANDROSCOGGIN COUNTY MAINE E-RECORDED