NOT AN OFFICIAL COPY    NOT AN OFFICIAL COPY
NOT AN OFFICIAL    NOT AN OFFICIAL

## Quitclaim Assignment

WHEREAS, First Horizon Home Loan Corporation, is identified as the "Lender" on a certain mortgage executed by Kathryn Begg, and bearing the date of April 18, 2007, securing the property located at 15 Drummond Street, Auburn, in the County of Androscoggin and State of Maine and recorded in the Androscoggin County Registry of Deeds in Book 7118, Page 197 (hereinafter the "Mortgage");

WHEREAS, Lender wishes to convey and assign any and all rights it may have under the Mortgage to Private Capital Fund LLC ("Assignee"); and

WHEREAS, this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title or interests that MERS has or had in the Mortgage.

Accordingly, Lender hereby assigns and quit claims to Assignee all of its rights, title and interests(whatever they may be, if any) in the Mortgage to Assignee.

First Horizon Home Loans, a division of
First Tennessee bank National Association
as s/b/m to First Horizon Home Loan
Corporation

_Paula Featherston_

Paula Featherston, AVP

STATE OF TENNESSEE

COUNTY OF SHELBY )

Subscribed before me, on SEPTEMBER 26, 2019, by PAULA FEATHERSTON AVP. He/she is personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument.

Notary Public

[Seal: TERESA JOHNSON, STATE OF TENNESSEE NOTARY PUBLIC, SHELBY COUNTY, MY COMMISSION EXPIRES 7-31-2022]

ANDROSCOGGIN COUNTY
TINA M CHOUINARD
REGISTER OF DEEDS

EXHIBIT K