U.S. DISTRICT COURT
DISTRICT OF MAINE
BANGOR
RECEIVED & FILED

2021 MAY 24 P 3: 03

DEPUTY CLERK

# REQUEST FOR REFERRAL

# To

# Foreclosure

# Diversion

# Program

Docket No:

2:21-cv-00090-JDL